## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                                          CASE NO. 12 B 46374
                                                CHAPTER 13

RAMON LAUREANO
BERTHA A LAUREANO                               JUDGE DONALD R CASSLING

        DEBTORS                                 **NOTICE OF FINAL CURE PAYMENT**


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** <u>JPMORGAN CHASE BANK NATIONAL</u>

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | 21 | XXXXXX4228 | $1,109.10 | $1,109.10 | $1,109.10 |
| Total Amount Paid by Trustee | | | | | $1,109.10 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 12-46374-DRC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 1st day of November, 2017.


Debtor:
RAMON LAUREANO
BERTHA A LAUREANO
3108 W LOWELL ST
CHICAGO, IL 60641

Attorney:
CITIZENS LAW GROUP
2101 W DIVISION
CHICAGO, IL 60622
via Clerk's ECF noticing procedures

Creditor:
JPMORGAN CHASE BANK
NATIONAL
3415 VISION DR
OH4-7142
COLUMBUS, OH 43219

Mortgage Creditor:
FLAGSTAR BANK
% POTESTIVO & ASSOC
223 W JACKSON BLVD # 610
CHICAGO, IL 60606

Mortgage Creditor:
JPMORGAN CHASE BANK
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD STE 100
BURR RIDGE, IL 60527

Mortgage Creditor:
JPMORGAN CHASE BANK NA
% CHASE RECORDS CENTER
700 KANSAS LANE MC LA4-5555
MONROE, LA 71203

ELECTRONIC SERVICE - United States Trustee


Date: November 01, 2017

/s/ TOM VAUGHN

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603